1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SERGEI PORTNOY,

11              Plaintiff,                    No. CIV S-04-1850 DFL DAD PS

12        vs.

13   US BANK, et al.,

14              Defendants.          ORDER

15   _____/

16          Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18          On April 18, 2005, the magistrate judge filed findings and recommendations

19   herein which were served on the parties and which contained notice to the parties that any

20   objections to the findings and recommendations were to be filed within ten days.  No objections

21   to the findings and recommendations have been filed.

22          The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25              1.  The findings and recommendations filed April 18, 2005, are adopted in full;

26              2.  Defendants' motion to dismiss for lack of subject matter jurisdiction is denied;

1

1        3.  Defendants' motion to dismiss for failure to state a claim is granted as to the

2  third cause of action with respect to defendants Robinson and Tehee only;

3        4.  Defendants' motion to dismiss for failure to state a claim is granted as to the

4  first, second and eighth causes of action with respect to all defendants; and

5        5.  Defendant U.S. Bank is directed to file an answer within twenty days.

6  DATED: 6/10/2005

7

8

9                          DAVID F. LEVI

10                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2