IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

    Plaintiff,                           No. CIV S-04-1850 DFL DAD PS

    vs.

US BANK, et al.,

    Defendants.                 ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 4, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1. The findings and recommendations filed August 4, 2005, are adopted in full;

3 and

4        2. Defendant's motion for summary judgment is granted as to plaintiff's sole

5 remaining federal cause of action and the state law claims are dismissed without prejudice for

6 lack of federal jurisdiction.

7 DATED: 10/21/2005

*[signature]*

DAVID F. LEVI
United States District Judge